UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRIAM CRUZ on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    -against-<br><br>BOTTINO CORP.<br><br>      Defendant. | Case No. 1:23-cv-5455<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Forest Hills, New York
    May 2, 2023

                  Respectfully Submitted,

                  **/s/ Mars Khaimov**
               By: Mars Khaimov, Esq.
                 108-26 64th avenue, Second Floor
                 Forest Hills, New York 11375
                 Tel (929) 324-0717
                 Fax (929) 333-7774
                 Email: mars@khaimovlaw.com
                 *Attorney for Plaintiff*