UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
Miriam Cruz, on behalf of herself and all others similarly situated,

                        Plaintiffs,

    -v.-

Bottino Corp.,

                        Defendant.
-------------------------------------------------------------------------x

Civil Action No:
22-cv-5455 (DG) (CLP)

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 5, 2023

| **For Plaintiff Miriam Cruz** | **For Defendant Bottino Corp.** |
|---|---|
| *s/Mars Khaimov*<br>Mars Khaimov<br>Mars Khaimov Law, PLLC<br>108-26 64th Avenue, Second Floor<br>Forest Hills, NY 11375<br>Ph: (917) 915-7415<br>mars@khaimovlaw.com | *s/David Stein*<br>David Stein<br>Stein & Nieporent LLP<br>1441 Broadway Suite 6090<br>New York, NY 10018<br>Ph: (212) 308-3444<br>dstein@steinllp.com |

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mars Khaimov

Mars Khaimov
**Mars Khaimov Law, PLLC**
108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
*Attorneys for Plaintiff*